DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Lori Boggs, | ) | |
| | ) | CASE NO. 5:08 CV 2858 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| Allstate Indemnity Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that this case is remanded to the Summit County Court of Common Pleas.

The Clerk is directed to mail a copy of the Court's Memorandum Opinion and Order, and this Judgment Entry, to the Summit County Court of Common Pleas. This case is closed.

IT IS SO ORDERED.

 February 11, 2009                    */s/ David D. Dowd, Jr.*
Date                                   David D. Dowd, Jr.
                                       U.S. District Judge